Local AO 450 (rev. 1/23)

# United States District Court
## *District of North Dakota*

Prima Exploration, Inc.,

    Plaintiff

v.

Darryl LaCounte, in his official capacity as Director of the United States Bureau of Indian Affairs; Bureau of Indian Affairs; Debra Halaand in her official capacity as Secretary of the United States Department of the Interior, Department of the Interior, Interior Board of Indian Appeals, Enerplus Resources (USA) Corporation; PetroShale (USA) Inc.; Madelene Bruce; Kevin Bruce; Lynn T. Bruce; Ronelle M. Bruce; Todd Bruce; Justin L. Bruce; Lisa G. Bruce; Cheryle Danks; Sheldon J. Hand; Deborah A. Painte; Zachiery J. Sitting Crow; and Carol J. Walker,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:22-cv-00143

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's Order dated October 25, 2023, the Federal Defendants and Enerplus's motions to dismiss are GRANTED (Doc. Nos. 56 and 58). PetroShale's motion to dismiss (See Doc. No. 54) is MOOT. The case is dismissed without prejudice for lack of subject matter jurisdiction

Date: October 25, 2023

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Carla Schultz, Deputy Clerk*